18275. TIFT *et al. v.* FARMERS BANK OF TIFTON.

CANDLER, Justice. This litigation involves the right to use an alley without interference, and the exception is to a judgment denying an interlocutory injunction. The grant or denial of such an injunction rests in the sound discretion of the trial judge, according to the circumstances of each case (Code § 55-108); and, where the evidence is conflicting, his decision will not be controlled by this court unless it is apparent that he has abused the discretion which the law gives him. *Deriso* v. *Castleberry,* 202 *Ga.* 174 (42 S. E. 2d 356). In the case at bar the evidence is in conflict and no abuse of discretion appears. Hence the record fails to show error. See *Fletcher* v. *Clements,* 147 *Ga.* 754 (95 S. E. 285); *Vickers* v. *City of Gainesville,* 177 *Ga.* 793 (171 S. E. 299); *Jones* v. *Lanier Development Co.,* 188 *Ga.* 141, 145 (2 S. E. 2d 923).

*Judgment affirmed. All the Justices concur, except Atkinson, P.J., not participating.*

SUBMITTED JULY 13, 1953—DECIDED SEPTEMBER 14, 1953.

*R. D. Smith, Bob Reinhardt,* for plaintiffs in error.

*Gibson & DeLoache, Robert R. Forrester,* contra.